NORTH GEORGIA MILLING CO. *v.* HENDERSON ELEVATOR CO.

BECK, J. The trial judge being of the opinion that errors had been committed, and having undertaken to correct the same by the grant of a new trial, setting aside a second verdict in favor of the same party, this court will not interfere, it clearly appearing that certain of the assignments of error are not without merit. *Casey* v. *Ehman,* 102 *Ga.* 587 (27 S. E. 726).

*Judgment affirmed. All the Justices concur.*

Submitted February 17,—Decided August 12, 1909.

Action for breach of contract. Before Judge Fite. Whitfield superior court. August 3, 1908.

*W. C. Martin* and *R. J. & J. McCamy,* for plaintiff in error.
*C. D. & F. K. McCutchen,* contra.